PER CURIAM.
Affirmed. See Walle v. State, 99 So.3d 967 (Fla. 2d DCA 2012); Hutchins v. State, 56 So.3d 775 (Fla. 2d DCA 2011) (table decision); Hutchins v. State, 41 So.3d 222 (Fla. 2d DCA 2010) (table decision); Hutchins v. State, 994 So.2d 310 (Fla. 2d DCA 2008) (table decision); Hutchins v. State, 959 So.2d 1195 (Fla. 2d DCA 2007) (table decision); Guzman v. State, 110 So.3d 480 (Fla. 4th DCA 2013); Henry v. State, 82 So.3d 1084 (Fla. 5th DCA 2012).
CRENSHAW, BLACK, and SLEET, JJ., Concur.